Edwin A. Toulon, Respondent, v. Grace Steamship Company, Defendant, and Grace Line, Inc., Appellant.* — Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of Brooklyn Bar Association in Respect of Benjamin Kaplan, an Attorney and Counselor at Law.— Motion to amend petition denied. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of Charles H. Schwartzman, an Attorney and Counselor at Law. — Motion for reinstatement granted. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

Mary Kane, as Administratrix, etc., of Thomas Kane, Deceased, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Agnes Moran, as Administratrix, etc., of Mary Moran, Deceased, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Jennie Stokes, as Administratrix, etc., of William R. Stokes, Deceased, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

David Becker, as Administrator, etc., of Stanley S. Becker, Deceased, Respondent, v. Joseph Freedman, Appellant.— Order directing defendant to serve a verified bill of particulars affirmed, with fifty dollars costs and disbursements. No opinion. The bill of particulars or the statement in lieu thereof is to be served within ten days from the entry of the order herein. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

Sadie Blaustein, Appellant, v. Mendel Bergman and Adolph Weitzner, Respondents.— On argument, order remanding cause to its original position on the Trial Term calendar reversed on the law and the facts, without costs, and case restored to the Trial Term calendar for Monday, February 6, 1933. The order was made without authority. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

W. A. Case & Son Manufacturing Company, Appellant, v. Emilie C. Billetter, Respondent.— Resettled order of the County Court of Nassau county denying plaintiff's motion for summary judgment affirmed, without costs, the respondent having neither appeared nor filed a brief. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.